IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 14-00688 HG |
| | ) | |
| Plaintiff, | ) | (1) ORDER DENYING PLAINTIFF |
| | ) | LUKE WARNER'S MOTION FOR |
| vs. | ) | TRANSCRIPTS PAID BY THE |
| | ) | COURT, AND (2) FINDINGS |
| LUKE J. WARNER, | ) | AND RECOMMENDATION TO |
| | ) | DENY PLAINTIFF LUKE J. |
| Defendant. | ) | WARNER'S IFP APPLICATION |
| | ) | AS MOOT |
| _____ | ) | |

(1) ORDER DENYING PLAINTIFF LUKE J. WARNER'S MOTION FOR TRANSCRIPTS PAID BY THE COURT, AND (2) FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF LUKE J. WARNER'S IFP APPLICATION AS MOOT

I.  Plaintiff's Motion for Transcripts Paid by the Court

On January 19, 2017, the Court received Plaintiff Luke J. Warner's ("Plaintiff") Motion for Transcripts Paid by the Court ("Motion").  ECF No. 55.

There is no pending matter before the Court in this case, and Plaintiff has not filed any motion that would require a copy of his case transcripts.  In addition, Plaintiff has not provided any reason why the transcripts are necessary.

To the extent that Plaintiff intends to file a 28 U.S.C. § 2255 motion ("2255 motion"), Plaintiff is not entitled to transcripts at the Court's expense before he has filed a 2255 motion.  28 U.S.C. § 753(f) provides for a free transcript for indigent prisoners asserting a claim under 28 U.S.C. § 2255 *if* a judge certifies that the

asserted claim is "not frivolous" and that the transcript is "needed to decide the issue." *United States v. MacCollom*, 426 U.S. 317, 320–21 (1976).

For the foregoing reasons, the Court finds that there is no sufficient basis for the Court to order copies of Plaintiff's case transcripts at the Court's expense and therefore DENIES the Motion.

II. In Forma Pauperis Application

On January 19, 2017, the Court received Plaintiff's Application to Proceed In Forma Pauperis ("IFP Application"). ECF No. 56. Plaintiff submitted an IFP Application to demonstrate his inability to pay for the case transcripts requested in Plaintiff's Motion for Transcripts Paid by the Court. ECF No. 55 at 2. In light of the Court's denial of Plaintiff's Motion, the Court RECOMMENDS that Plaintiff's IFP Application be DENIED as moot.

## CONCLUSION

The Court DENIES Plaintiff's Motion for Transcripts Paid by the Court and FINDS and RECOMMENDS that Plaintiff's IFP Application be DENIED as moot.

IT IS SO ORDERED AND SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawai'i, February 16, 2017.



　　　/S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge

*United States of America v. Warner*; Cr. No. 14-688 HG; (1) Order Denying Warner's Motion for Transcripts Paid by the Court, and (2) Findings and Recommendation to Deny Warner's IFP Application as Moot.