IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 14-00688 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LUKE J. WARNER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 60)

Findings and Recommendation having been filed on February 16, 2017 and served on all parties on February 17, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the (1) Order Denying Plaintiff Luke Warner's Motion for Transcripts Paid by the Court, and (2) Findings and Recommendations to Deny Luke J. Warner's IFP Application as Moot (ECF No. 60) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: March 7, 2017, Honolulu, Hawaii.



_____
Helen Gillmor
United States District Judge